# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 06/06/2018 |
| Case: 1−18−41193−cec | Form ID: 318DF7 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
tr        Alan Nisselson        anisselson@windelsmarx.com
aty      Kevin B Zazzera       kzazz007@yahoo.com

                                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Lynda M Volpe        3 Yucca Dr        Staten Island, NY 10312−1633
smg       NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg       NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg       NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg       Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
9265023   Americredit Financial Services, Inc.        Dba GM Financial        P.O Box 183853        Arlington, TX 76096
9208585   Americredit/Gm Financial        Attn: Bankruptcy        PO Box 183853        Arlington, TX 76096−3853
9208587   Capital One        15000 Capital One Dr        Richmond, VA 23238−1119
9208586   Capital One        Attn: General Correspondence/Bankruptcy        PO Box 30285        Salt Lake City, UT 84130−0285
9208589   Credit Acceptance        25505 W 12 Mile Rd Ste 3000        Southfield, MI 48034−8331
9208588   Credit Acceptance        PO Box 513        Southfield, MI 48037−0513
9208590   Discover Fin Svcs LLC        PO Box 15316        Wilmington, DE 19850−5316
9208591   Discover Financial        PO Box 3025        New Albany, OH 43054−3025
9208592   Gm Financial        PO Box 181145        Arlington, TX 76096−1145
9208593   Milestone Credit − Genesis Bankcard Srvs        15220 NW Greenbrier Pkwy Ste 200        Beaverton, OR 97006−5762
9208594   New York State Dept of Taxation & Financ        PO Box 5300        Albany, NY 12205−0300
9208595   Ocwen Loan        1661 Worthington Rd        West Palm Beach, FL 33409−6488
9208596   Ocwen Loan Servicing, LLC        Attn: Research/Bankruptcy        1661 Worthington Rd Ste 100        West Palm Beach, FL 33409−6493
9208597   Park Villages Residents Association Inc        PO Box 90327        Staten Island, NY 10309−0327
9208598   Razor Capital II,LLC        Forster & Garbus LLP        60 Vanderbilt Motor Pkwy        Commack, NY 11725−5710
9208599   Rubin & Rothman        1787 Veterans Hwy        Islandia, NY 11749−1500
9208600   Tdrcs/raymour & Flanig        1000 Macarthur Blvd        Mahwah, NJ 07430−2035
9247657   c/o Howard M. File, Esq.        260 Christopher Lane, Suite 102        Staten Island, New York 10314
9247039   c/o Law Offices of Howard M. File, Esq., P.C.        260 Christopher Lane, Suite 102        Staten Island, New York 10314

                                                                                              TOTAL: 24